FILED
United States Court of Appeals
Tenth Circuit

March 13, 2012

Elisabeth A. Shumaker
Clerk of Court

**UNITED STATES COURT OF APPEALS**

**TENTH CIRCUIT**

VRLINA NOZLIC,

        Plaintiff - Appellant,

v.

SAM ROMANO; JOAN VAN
DEWATER; AAHA HELPING PETS
FUND,

        Defendants - Appellees.

No. 11-1513
(D.C. No. 1:11-CV-02317-LTB)
(D. Colo.)

**ORDER AND JUDGMENT**[*]

Before **KELLY**, **TYMKOVICH**, and **GORSUCH**, Circuit Judges.

Vrlina Nozlic filed this suit against two employees of an emergency

veterinary clinic as well as a fund that administers grants for veterinary care.  She

alleges violations of Title III of the Americans with Disabilities Act and Colorado

state law.  In a thorough six-page order, the district court dismissed Ms. Nozlic's

amended complaint pursuant to 28 U.S.C. § 1915(e), which governs proceedings

---

[*] After examining appellant's brief and the appellate record, this panel has
determined unanimously that oral argument would not materially assist the
determination of this appeal.  *See* Fed. R. App. P. 34(a)(2) and 10th Cir. R.
34.1(G).  The case is therefore ordered submitted without oral argument.  This
order and judgment is not binding precedent except under the doctrines of law of
the case, res judicata and collateral estoppel.  It may be cited, however, for its
persuasive value consistent with Fed. R. App. P. 32.1 and 10th Cir. R. 32.1.

*in forma pauperis* and provides that "the court shall dismiss the case at any time if the court determines that . . . the action . . . is frivolous." 28 U.S.C. § 1915(e)(2)(B)(i).

Ms. Nozlic appeals this decision and seeks permission to proceed *in forma pauperis* on appeal. For substantially the same reasons set out by the district court in its order, we affirm the dismissal below. *See Fogle v. Pierson*, 435 F.3d 1252, 1259 (10th Cir. 2006) ("We generally review a district court's dismissal for frivolousness under § 1915 for abuse of discretion."). Ms. Nozlic simply fails to allege facts supporting an arguable claim of discrimination based on any disability. *See id.* We also deny Ms. Nozlic's motion to proceed *in forma pauperis*, as she fails to present a non-frivolous argument on appeal.

ENTERED FOR THE COURT


Neil M. Gorsuch
Circuit Judge